IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. BELL,

       Plaintiff,                          CIV. NO. S- 03-1272 LKK GGH

    vs.

UNION PACIFIC RAILROAD
COMPANY, et al.,

       Defendant.                     ORDER
_____/

        On January 25, 2006, this court heard the parties by telephone regarding defendant's ex parte application for order shortening time for motion to compel production of documents. Michael Johnson appeared for defendant. Diana Esquivel represented plaintiff. After hearing the parties, the court makes the following orders:

        1. Defendant's ex parte application, filed January 24, 2006, is granted;

        2. Plaintiff shall produce the following documents by close of business on January 26, 2006: (a) trial testimony of Orville Pilcher from the Pope case; (b) all Pilcher deposition and/or trial testimony in the Ponsegrow and Harrington cases; and (c) all Pilcher

\\\\\

\\\\\

1

1 deposition and/or trial testimony (other than that in (a) and (b)) which any presently designated
2 expert for plaintiff has reviewed for this case.
3 DATED: 1/27/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Bell1272.mtn.wpd