1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES D. BELL,
                                    NO. CIV. S-03-1272 LKK/GGH
12            Plaintiff,

13       v.                         **ORDER RE DISPOSAL**
                                    **DOCUMENTS AFTER**
14  UNION PACIFIC RAILROAD,         **NOTIFICATION OF SETTLEMENT**

15            Defendant.
    _____/

16

17       Counsel has informed the court that the parties have settled

18  the above-captioned case.   The court now orders that the

19  dispositional documents disposing of the case be filed no later

20  than thirty (30) days from the effective date of this order.

21       All hearing dates heretofore set in this matter, including the

22  hearing currently set for February 27, 2006, are hereby **VACATED.**

23  ////

24  ////

25  ////

26  ////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4    IT IS SO ORDERED.

5    DATED:  February 24, 2006.

6

7                            <u>/s/Lawrence K. Karlton    </u>
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
8                           UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26