1  LARRY LOCKSHIN (#61926)
   Larry Lockshin, Esq.
2  A Law Corporation
   701 University Avenue, Suite 100
3  Sacramento, CA  95825
   (916) 649-3777
4

5  Attorneys for Plaintiff
   JAMES DOUGLAS BELL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUGLAS BELL, ) | No.  CIV-S-03-1272 LLK GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, and DOES 1-50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

Voluntary Dismissal by Stipulation and Order          1

1       Plaintiff, JAMES DOUGLAS BELL, by and through his counsel, Larry Lockshin, Esq., A Law Corporation, and Defendant UNION PACIFIC RAILROAD, by and through their attorney, Michael Johnson, Esq., hereby stipulate that the above-entitled action may be dismissed with prejudice. Each party to bear its own costs and fees, pursuant to the terms of the stipulation.

DATED: March 1, 2006                      UNION PACIFIC RAILROAD

                                                  By: /signature on original
                                                        MICHAEL JOHNSON, ESQ.
                                                        Attorney for Defendant

DATED: March 1, 2006                      LARRY LOCKSHIN, ESQ.
                                                        A Law Corporation

                                                     By: /signature on original
                                                        LARRY LOCKSHIN, ESQ.
                                                        Attorney for Plaintiff

                                      **IT IS SO ORDERED:**

DATED: March 31, 2006

                                                     /s/Lawrence K. Karlton
                                                     LAWRENCE K. KARLTON
                                                     UNITED STATES DISTRICT JUDGE